

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00538-CV

**LAKEWOOD HAVEN LLC** and William Hutchinson d/b/a Komfort Haus,
Appellants

v.

Mary R. **SASTRI**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08611
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: December 23, 2020

APPEAL DISMISSED

Appellants filed an unopposed motion to dismiss their appeal stating the parties have reached an agreement regarding the injunction that is the subject of the underling appeal. The motion is granted and the appeal dismissed. Appellants' motions for temporary orders are denied as moot.

PER CURIAM